United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Loving Kindness Healthcare Systems, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | LKHS |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0563717 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 155 North Craig Street | |
| Number  Street | Number  Street |
| Suite 160 | |
| | P.O. Box |
| Pittsburgh   PA   15213 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Allegheny County | |
| County | Number  Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)    www.lkhscorp.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Loving Kindness Healthcare Systems, LLC**            Case number *(if known)*_____
_____Name_____

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:*<br>☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**6216** |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☐ No<br>☑ Yes. District **Western District of PA** When **10/22/2022** Case number **22-22092**<br>                                                   MM / DD / YYYY<br>      District _____ When _____ Case number _____<br>                                         MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____<br>                                         MM / DD / YYYY<br>      Case number, if known _____ |

Debtor __Loving Kindness Healthcare Systems, LLC_____ Case number (*if known*)_____
       Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                 Number      Street

_____
_____
City                                             State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name  _____
        Phone            _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor  Loving Kindness Healthcare Systems, LLC                                    Case number (*if known*)_____
　　　　　Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/25/2024
　　　　　　　MM / DD / YYYY

✗ /s/ Copa Davis                                    Copa Davis
Signature of authorized representative of debtor    Printed name

Title: Member

**18. Signature of attorney**

✗ /s/ Robert S. Bernstein                           Date  10/25/2024
Signature of attorney for debtor                          MM / DD / YYYY

Robert S. Bernstein
Printed name
Bernstein-Burkley, P.C.
Firm name
601 Grant Street 9th Floor
Number    Street
Pittsburgh                                          PA          15219
City                                                State       ZIP Code

412-456-8100                                        rbernstein@bernsteinlaw.com
Contact phone                                       Email address

34308                                               PA
Bar number                                          State

**Fill in this information to identify the case:**

Debtor name: Loving Kindness Healthcare Systems, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | Disputed<br>Unliquidated<br>Contingent | | | 971,314.50 |
| 2 | Commonwealth of PA Department of Labor & Industry<br>301 Fifth Avenue, Suite 230<br>Pittsburgh, PA, 15222 | | Taxes & Other Government Units | Disputed<br>Unliquidated<br>Contingent | | | 485,000.00 |
| 3 | City of Pittsburgh Treasurer<br>414 Grant Street Room 207<br>Pittsburgh, PA, 15219 | | Taxes & Other Government Units | Disputed<br>Unliquidated<br>Contingent | | | 150,000.00 |
| 4 | Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg, PA, 17128 | | Taxes & Other Government Units | Disputed<br>Unliquidated<br>Contingent | | | 100,000.00 |
| 5 | Schenley Properties<br>c/o Meyers Mgmt, 1823 Penn Avenue<br>Pittsburgh, PA, 15221 | | | Disputed<br>Unliquidated<br>Contingent | | | 38,451.00 |
| 6 | Gloria J. Besley, EA<br>1515 Penn Avenue, # 505<br>Pittsburgh, PA, 15221 | | Services | | | | 12,400.00 |
| 7 | | | | | | | |
| 8 | **THIS DEBTOR HAS LESS THAN 20 LARGEST UNSECURED CREDITORS** | | | | | | |

## WRITTEN CONSENT OF
## THE MEMBERS OF
## LOVING KINDNESS HEALTHCARE SYSTEMS, LLC

WHEREAS, that Copa Davis and Kim Davis together hold a majority of the Member Interests (the "Members") of Loving Kindness Healthcare Systems, LLC (the "Company);

BE IT RESOLVED that Copa Davis is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Member under Pennsylvania Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that Copa Davis is authorized as a Member of the Company to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Members hereby authorizes the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Member of the above-named Company by written authorization on this __21st__ day of October 2024, in lieu of a meeting.

_____          _____
Copa Davis                                          Kim Davis

United States Bankruptcy Court
Western District of Pennsylvania

In re: Loving Kindness Healthcare Systems, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/25/2024

/s/ Copa Davis
Signature of Individual signing on behalf of debtor

Member
Position or relationship to debtor

City of Pittsburgh Treasurer
414 Grant Street Room 207
Pittsburgh, PA 15219

UPMC Health Plan
600 Grant Street
Pittsburgh, PA 15219

Commonwealth of PA Department of Labor & Indu
301 Fifth Avenue, Suite 230
Pittsburgh, PA 15222

Department of the Treasury - Internal Revenue
PO Box 7346
Philadelphia, PA 19101-7346

Gloria J. Besley, EA
1515 Penn Avenue, # 505
Pittsburgh, PA 15221

M&T Bank
PO Box 900
Millsboro, DE 19966

PA DHS
601 Market Street
Philadelphia, PA 19107

Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg, PA 17128

Schenley Properties
c/o Meyers Mgmt, 1823 Penn Avenue
Pittsburgh, PA 15221

Schenley Properties
c/o Clark Hill, PC
301 Grant Street, 14th Floor
Pittsburgh, PA 15219